

MWS/jb USAO2019R00182

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. CCB-19-0320 |
| v. | * | |
| | * | (Sex Trafficking Conspiracy, 18 U.S.C. |
| **DAVID B. GOODWIN,** | * | § 1594(c)) |
| **Defendant.** | * | |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
### (Sex Trafficking Conspiracy)

The United States Attorney for the District of Maryland charges that:

Beginning at least on or about October 26, 2018 and continuing through on or about October 30, 2018, in the District of Maryland and elsewhere, the defendant,

**DAVID B. GOODWIN,**

together with others, did knowingly in and affecting interstate and foreign commerce, combine, conspire, confederate and agree with others, known and unknown, to violate Title 18, United States Code, Section 1591(a)(1), namely, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means "Victim 1" knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), or any combination of such means, would be used to cause "Victim 1" to engage in a commercial sex act.

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1954(e)(1) and (2), in the event of a conviction on Count One of this Information; and the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2428, in the event of a conviction on Count One of this Information.

2. As a result of the offenses set forth in Counts One of this Information, defendant,

**DAVID B. GOODWIN,**

shall forfeit to the United States of America:

    a. Any property, real or personal, constituting, traceable, or derived from gross profits or other proceeds obtained, directly or indirectly, from the offense;

    b. The defendant's interest in any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. § 1594(e)(1) and (2) and 18 U.S.C. § 2428, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e.  has been commingled with other property that cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

18 U.S.C. § 1594(e)
18 U.S.C. § 2428
28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)
Rule 32.2(a), Fed. R. Crim. P.

*Robert K. Hur* /uws
Robert K. Hur
United States Attorney

_____6/27/19_____
DATE